# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 16−27726−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Grettel B Ramirez
   405 Grand Avenue
   Englewood, NJ 07631

Social Security No.:
   xxx−xx−4059

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/16/16.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.


Dated: December 16, 2016
JJW: axg

                                                          James J. Waldron
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Grettel B Ramirez
    Debtor

Case No. 16-27726-SLM
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Dec 16, 2016
                 Form ID: 148    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2016.
```
db             +Grettel B Ramirez,    405 Grand Avenue,    Englewood, NJ 07631-4104
516420424      +Bank of America, N.A.,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826
516393995      +Clear Spring Loan Servicing,    18451 N Dallas Parkway,    Suite 100,    Dallas, TX 75287-5209
516393997       Green Tree Servicing LLC,    345 St Peter Street,    1100 Landmark Towers,    Saint Paul, MN 55102
516393998     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                (address filed with court: Nissan Motor Acceptance,     8900 Freeport Parkway,
                 Irving, TX 75063)
516394000       NYS Department of Taxation and Finance,    Division of Treasury,    PO Box 22119,
                 Albany, NY 12201-2119
516394001      +NYS Department of Taxation and Finance,    110 State Street,    2nd Floor,
                 Albany, NY 12207-2027
516429695       New York State Dept of Tax and Finance,    PO Box 5300,    Albany NY 12205-0300
516393999      +Nissan Motor Acceptance,    PO Box 660360,    Dallas, TX 75266-0360
516466675       Nissan Motor Acceptance Corporation,    PO Box 660366 Dallas TX 75266-0366
516394004      +Stern Lavinthal and Frankenberg LLC,    Attn: Donna M Miller Esq.,    105 Eisenhower Parkway,
                 Suite 302,    Roseland, NJ 07068-1640
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 16 2016 22:48:31     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 16 2016 22:48:29     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Dec 16 2016 22:33:00      Synchrony Bank,    c/o Recovery Mmgt. Sys.,
                 25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
516393991      +EDI: BANKAMER.COM Dec 16 2016 22:33:00      Bank of America,    450 American Street,
                 Simi Valley, CA 93065-6285
516393992      +EDI: BANKAMER.COM Dec 16 2016 22:33:00      Bank of New York Mellon,    2380 Performance Drive,
                 Richardson, TX 75082-4333
516393993       EDI: CAPITALONE.COM Dec 16 2016 22:33:00      Capital One,    Attn: Customer Service,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
516485496       EDI: CAPITALONE.COM Dec 16 2016 22:33:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
516393994      +EDI: CAPITALONE.COM Dec 16 2016 22:33:00      Capital One Bank USA,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
516394002      +Fax: 407-737-5634 Dec 16 2016 23:16:10      Ocwen Loan Servicing LLC,    1661 Worthington Road,
                 Suite 100,    West Palm Beach, FL 33409-6493
516394003      +E-mail/Text: bkdepartment@rtresolutions.com Dec 16 2016 22:48:40      Real Time Resolutions Inc,
                 1349 Empire Central Drive,    Duite 150,    Dallas, TX 75247-4029
516488004      +E-mail/Text: bkdepartment@rtresolutions.com Dec 16 2016 22:48:40
                 Real Time Resolutions, Inc.,    PO Box 35888,    Dallas, Texas 75235-0888
516402795       EDI: RMSC.COM Dec 16 2016 22:33:00      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTAL: 12
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516393996     ##+Dyck Oneal Inc,    15301 Spectrum Drive,    Addison, TX 75001-6436
                                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                                Signature: /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Dec 16, 2016
                              Form ID: 148             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Paul E. Rusen    on behalf of Debtor Grettel B Ramirez ctrbankruptcy@hotmail.com
                                                                                             TOTAL: 3
```